UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MENDIZABAL,
                    Plaintiff,

-v-

BURGER KING CORPORATION,
                    Defendant.

18-CV-324 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This action was filed on January 12, 2018 (Dkt. No. 1), and Defendant Burger King Corporation was served on January 22, 2018 (Dkt. No. 5).  Defendant has not yet appeared or answered the complaint.

    By Order dated March 12, 2018, Plaintiff was directed either to (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant.  (Dkt. No. 6.)  In response, Plaintiff filed a letter requesting until April 16, 2018, to either voluntarily dismiss the action or for Defendant to appear and respond to the complaint.  (Dkt. No. 7.)

    The parties have now missed that deadline.  By May 1, 2018, Plaintiff is directed to file a status letter or to move for a default judgment.  <u>If Plaintiff fails to meet this deadline, this case will be dismissed for failure to prosecute</u>.

    Plaintiff is directed to serve a copy of this order by mail to Defendant.

    SO ORDERED.

Dated: April 24, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge